UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN L. MASON,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. C05-5501RBL<br><br><br><br><br>ORDER |

　　Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. Upon remand, the Administrative Law Judge (ALJ) will consider Plaintiff's physical impairments and their effect on Plaintiff's ability to do basic work activities. The ALJ will also consider the opinions of Russell M. Bragg, M.D., and provide rationale that explains the weight given to such opinion evidence, and, if rejected, the ALJ's reasons for doing so, based on evidence in the record. The ALJ will consider the lay witness testimony, particularly that of Tami L. Weishaar. The hearing decision should provide rationale that shows that the lay information was considered when assessing Plaintiff's credibility,

Page 1    ORDER- [C05-5501RBL]

articulates the weight that was given to the lay information in the record, and if rejected, provides reasons that are germane to each lay source. The ALJ should further consider the "other" source opinion of Mac McIntyre, M.A., and provide rationale that explains the weight given to that opinion. The ALJ will reassess Plaintiff's residual functional capacity as needed. The ALJ will also obtain supplemental vocational expert testimony, if warranted, and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 15th day of December, 2005.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 2     ORDER- [C05-5501RBL]

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:      206-615-2531
carol.a.hoch@ssa.gov

Page 3     ORDER- [C05-5501RBL]